OPINION — AG — ** LIQUEFIED PETROLEUM GAS — LICENSE ** TRANSPORTERS, DISTRIBUTORS OR RETAILERS OF LPG MUST OBTAIN PERMITS FOR ENGAGING IN SUCH BUSINESS, AND MUST PAY AN ANNUAL FEE OF $50.00 THEREFOR; AND MUST OBTAIN A SEPARATE PERMIT TO ENGAGE IN THE BUSINESS OF SELLING APPLIANCES, ETC., BUT ARE NOT REQUIRED TO PAY THE $25.00 FEE FOR THE LATTER LICENSE. (CONTAINERS, APPLIANCES, DISPENSING) CITE: 52 O.S. 420.4 [52-420.4] (J. H. JOHNSON)